AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Deborah Jean Johnson,
*Plaintiff*
v.                                                Civil Action No.    0:21-1970-DCN

Commissioner of Social Security Administration,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

■ decided by the Honorable David C. Norton, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett which affirmed the decision of the Commissioner.

Date:   September 19, 2022                              *CLERK OF COURT*

                                                        s/Angie Snipes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*